PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE--NOTICE OF DEATH**

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA



FILED
FEB 2 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:02CR0011-01 |
| ) | |
| Sharon MACAULEY ) | |

On 09/14/2004, the above-named was sentenced to 30 months imprisonment and a term of supervised release of 3 years. On December 5, 2005, this office was notified by Warden for the Federal Medical Center, Carswell, Fort Worth, Texas, that Sharon Macauley was confirmed dead by Donald Frusher, MD, on December 3, 2005 (attached is a copy of the notification). It is accordingly recommended that this case be closed.

Respectfully submitted,

*/s/ Linda L. Alger*
LINDA L. ALGER
Senior United States Probation Officer

Reviewed by: */s/ Karen A. Meusling*
KAREN A. MEUSLING
Supervising United States Probation Officer

---

**ORDER OF COURT**

It is ordered that the proceedings in the case be terminated and the case closed.

Dated this 23 day of February, 2006.

*/s/ Morrison C. England, Jr.*
MORRISON C. ENGLAND, JR.
United States District Judge

LLA/sda
Attachment
cc:   Assistant United States Attorney
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

Rev. 12/2004
PROB35A.MRG